UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HEIGHTS IN PARIS LLC,

                Plaintiff,

-against-

BELCALIS ALMANZAR; GOOGLE LLC; HENNESSY ALMANZAR,

                Defendants.

22-CV-3224 (LTS)

ORDER OF DISMISSAL

LAURA TAYLOR SWAIN, Chief United States District Judge:

Plaintiff Heights in Paris LLC brings this action *pro se*.[1] Because Heights in Paris cannot proceed *pro se*, the Court dismisses the action without prejudice to Heights in Paris retaining counsel within 30 days of the date of this order.

## DISCUSSION

Corporations, nonprofit organizations, and other artificial entities cannot proceed *pro se*. *Rowland v. California Men's Colony, Unit II Men's Advisory Council*, 506 U.S. 194, 202 (1993) (noting that "lower courts have uniformly held that 28 U.S.C. § 1654, providing that "parties may plead and conduct their own cases personally or by counsel," does not allow corporations, partnerships, or associations to appear in federal court otherwise than through a licensed attorney") (citations omitted); *see also Jones v. Niagara Frontier Transp. Auth.*, 722 F.2d 20, 22 (2d Cir. 1983) (noting that "it is established that a corporation, which is an artificial entity that can only act through agents, cannot proceed *pro se*"). Thus, the claims brought on behalf of Heights in Paris are dismissed without prejudice to Heights in Paris retaining counsel.

---

[1] Eric T. Baker, who is not listed in the action as a plaintiff, signed the complaint. Baker did not submit an application to proceed *in forma pauperis* (IFP) or pay the filing fees.

## CONCLUSION

The Court dismisses the action without prejudice to Heights in Paris retaining counsel within 30 days of the date of this order.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444–45 (1962) (holding that appellant demonstrates good faith when seeking review of a nonfrivolous issue).

SO ORDERED.

Dated:   May 3, 2022
         New York, New York

                                       /s/ Laura Taylor Swain
                                        LAURA TAYLOR SWAIN
                                    Chief United States District Judge