UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HEIGHTS IN PARIS LLC,

                Plaintiff,

-against-

BELCALIS ALMANZAR; GOOGLE LLC;
HENNESSY ALMANZAR,

                Defendants.

22-CV-3224 (LTS)

ORDER

LAURA TAYLOR SWAIN, Chief United States District Judge:

      By order dated May 3, 2022, the Court dismissed this action without prejudice to Plaintiff "Heights in Paris" retaining counsel within 30 days. The Court explained that Heights in Paris could not proceed *pro se*. (*See* ECF 3) ("Corporations, nonprofit organizations, and other artificial entities cannot proceed *pro se*."). On May 9, 2022, Heights in Paris, proceeding *pro se*, filed an amended complaint, listing itself as "Glotsip, LLC d/b/a Heights in Paris." (*See* ECF 5.) Counsel has not appeared on Plaintiff's behalf.

      As counsel has not appeared on behalf of Plaintiff, the Court orders that the action be closed. Should counsel appear on Plaintiff's behalf, he or she may move to reopen this action. The Court directs the Clerk of Court to terminate all pending motions in this case, including the motion for permission for electronic filing (ECF 8).

      The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *Cf.*

*Coppedge v. United States*, 369 U.S. 438, 444–45 (1962) (holding that appellant demonstrates good faith when seeking review of a nonfrivolous issue).

SO ORDERED.

Dated:   June 16, 2022
        New York, New York

                                      /s/ Laura Taylor Swain
                                      LAURA TAYLOR SWAIN
                                Chief United States District Judge