UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HEIGHTS IN PARIS LLC,<br><br>                    Plaintiff,<br><br>-against-<br><br>BELCALIS ALMANZAR; GOOGLE LLC;<br>HENNESSY ALMANZAR,<br><br>                    Defendants. | 22-CV-3224 (LTS)<br><br>CIVIL JUDGMENT |

Pursuant to the order issued May 3, 2022, dismissing the complaint without prejudice,

IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed under 28 U.S.C. § 1654.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   June 16, 2022
         New York, New York

                                         /s/ Laura Taylor Swain
                                         LAURA TAYLOR SWAIN
                                         Chief United States District Judge